**Order entered April 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00696-CR

### GUSTAVO RENE CASTILLO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F09-58463-Y**

## ORDER

The Court **REINSTATES** the appeal.

On March 6, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On April 8, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the March 6, 2013 order requiring findings.

We **GRANT** appellant's April 8, 2013 motion to extend time to file his brief. We **ORDER** appellant's brief filed as of the date of this order.

We **GRANT** appellant's April 8, 2013 motion to supplement the record. We **ORDER** the Dallas County Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the Criminal Court Fee Docket sheet for this case.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.


/s/     DAVID EVANS
        JUSTICE